JS-6

Derik N. Lewis, SBN 219981
dlewis@veritaslawoffice.com
**VERITAS LAW FIRM**
120 Vantis, Suite 300
Aliso Viejo, California 92656
Telephone: (949) 216-0935
Facsimile: (949) 296-0935

Attorneys for Plaintiff
JEFFREY YOUNG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIMORTGAGE, INC., a New York Corporation; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Case No.  SACV12 1937 DOC (MLGx)<br><br>**ORDER OF DISMISSAL (F.R.C.P. 41(a))** |

Pursuant to the Notice of Voluntary Dismissal filed herein on January 17, 2013 (Dkt #9) and Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-referenced action is hereby dismissed, without prejudice, in its entirety as against all defendants.  This entire action as to all claims is hereby terminated in full.

Dated:  January 23, 2013

_David O. Carter_
David O. Carter
United States District Court
Central District of California